IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENICE HUGHES,

    Petitioner,

  v.

RICHARD KIRKLAND, Warden, Pelican Bay State Prison,

    Respondent.
_____/

No. C 05-02809 CRB

**ORDER OF TRANSFER**

    Petitioner, who is in the custody of the California Department of Corrections, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254 challenging his conviction. Petitioner was convicted of murder after a jury trial in Los Angeles County.

    Since petitioner is challenging his conviction rather than the manner in which his sentence is being executed, venue is not proper in this district. See Habeas L.R. 2254-3(a). Accordingly, this action is hereby TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 2241(d) (giving a district court discretion to transfer a habeas petition to the district of conviction).

**IT IS SO ORDERED.**

Dated: July 14, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2809\ordertoshowcause.wpd